

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Ryan Marine Services Inc. and Trionics, LLC

Appellate case number:   01-22-00713-CV

Trial court case number:  2022-00635

Trial court:                    234th District Court of Harris County, Texas

Relators, Ryan Marine Services Inc. and Trionics, LLC, have filed an unopposed motion for extension of time to file a reply. *See* TEX. R. APP. P. 10.5(b), 52.5. The motion is **granted**, and the time to file relators' reply is extended to January 5, 2023.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                         Acting individually

Date:  January 3, 2023